Amanda LAGARES, Plaintiff–Appellee

v.

**Dennis LAGARES, Jr., Defendant–Appellant.**

**No. 15–2462.**

United States Court of Appeals, Eighth Circuit.

Submitted: March 16, 2016.

Filed: March 21, 2016.

Dennis Lagares, Jr., Lebanon, MO, pro se.

James C. Morrow, Morrow Willnauer Klosterman Church, L.L.C., Kansas City, MO, for appellee.

Before LOKEN, BYE, and KELLY, Circuit Judges.

.PER CURIAM.

Dennis Lagares · removed to federal court civil proceedings in Camden County Circuit Court, Missouri, arising out of a divorce and child custody action in which he was the defendant. Lagares appeals the district court's[1] order remanding the case to state court. We dismiss the appeal

---

1. The Honorable Beth Phillips, United States District Judge for the Western District of Missouri.

for lack of jurisdiction. *See* 28 U.S.C. § 1447(d).